# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 27, 2020

## NO. 03-18-00567-CR

**Ricky Lee Murray, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.